UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| COMPASS-CHARLOTTE 1031, LLC, | |
| Plaintiff, | Case No.: 1:23-cv-1588 (MAD/CFH) |
| -against- | |
| PRIME CAPITAL VENTURES, LLC | **COMPLAINT** |
| Defendant. | |

_____

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Compass-Charlotte 1031, LLC, through its attorneys, Hinckley, Allen & Snyder LLP, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Prime Capital Ventures, LLC.

DATED:    December 26, 2023
          Albany, New York            **HINCKLEY, ALLEN & SNYDER LLP**

                                By:   */s/ Christopher V. Fenlon*
                                      Christopher V. Fenlon
                                      Kieran T. Murphy
                                      30 South Pearl St., Suite 901
                                      Albany, NY 12207-3492
                                      T: 518-396-3100
                                      F: 518-396-3101
                                      E: cfenlon@hinckleyallen.com
                                         kmurphy@hinckleyallen.com

                                      *Attorneys for Plaintiff*
                                         *Compass-Charlotte 1031, LLC*